# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VING QUANG PHAM,<br><br>                Petitioner,<br>vs.<br><br>RICHARD SUBIA, Warden,<br><br>                Respondent. | CASE NO. 07-CV-1736 H (WMc)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING THE PETITION FOR HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 |

On August 31, 2007, Petitioner, Ving Quang Pham filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner claims his federal constitutional rights were violated because: (1) the trial court's joinder of charges from separate incidents denied him a fundamentally fair trial; and (2) the trial court admitted evidence based on an illegal search and seizure. (Pet. At 6-9). On November 7, 2009 the Court issued an order requiring response to petition. On January 3, 2008, Respondent filed an answer to the petition (Doc. No. 7).

/ / / /

/ / / /

/ / / /

/ / / /

1   After reviewing the Petition, Respondent's Answer and Memorandum of Points
2 and Authorities, and all supporting documents submitted by the parties, and the Report
3 and Recommendation of the Magistrate Judge, the Court adopts the Report and
4 Recommendation, and denies the petition.
5   IT IS SO ORDERED.
6 Dated:   April 1, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

Copies to:

**Ving Quang Pham**
V-86160
PO Box 409020
Ione, CA 95640

**Kevin R Vienna**
Office of the Attorney General
110 West A Street
Suite 1100
San Diego, CA 92101